**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:
Ruben Dario Rivas                                          Case No.: 23-13532-RAM
                                                           Chapter 13

       Debtor.
_____/

**EXPEDITED MOTION TO APPROVE DEBTOR TO INCUR ADDITIONAL**
**SECURED DEBT TO PURCHASE VEHICLE**

**Basis for Request for Expedited Hearing: The Debtor is purchasing a secondary vehicle for his mother and sister to drive as they are his dependents. The Debtor cannot wait until the April chapter 13 calendar as the current car market is extremely competitive to find a vehicle and the dealer will not agree to hold the car on their lot unless he is able to close on the purchase transaction. The plan pays 100% of all allowed unsecured claims.**

      COMES NOW the Debtor, Ruben Dario Rivas, by and through the undersigned attorney, and moves this court to allow the debtor to incur additional debt to purchase a new vehicle and in support thereof would state as follows:

1. The debtor is current under the presently confirmed plan.

2. The Debtor is needs a secondary vehicle for his mother and sister who are his dependents to drive while he is at work.

3. A copy of the loan terms for the purchase is attached to the instant motion as Exhibit A. The lender requires court approval to finalize the purchase.

4. The Debtor has secured financing under reasonable terms that will not effect the Debtor's ability to make his payments under the confirmed plan. The chapter 13 plan already provides for a 100% distribution to all allowed unsecured claims.

5. No creditor would be prejudiced by the granting of the instant Motion.

WHEREFORE, the Debtors prays that this court grant the relief requested based on the

aforementioned grounds.

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on July 9, 2019, upon:

Via CM/ECF:
Keith Labell on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
keith.labell@decubaslewis.com, klabell@raslg.com

Ida Moghimi Kian on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
southerndistrict@shdlegalgroup.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Via US Mail:
BMW Bank of North America, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-05

Via US Mail:

All other parties of record on the creditor matrix attached hereto as Exhibit B.

*Law Offices of*
NOWACK & OLSON, PLLC
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(305) 698-2265

/s/ Mitchell J. Nowack
MITCHELL J. NOWACK, ESQ.
Florida Bar Number: 099661