| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 23-13532-RAM<br>Southern District of Florida<br>Miami<br>Thu May 18 13:57:38 EDT 2023 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>Diaz Anselmo & Associates, P.A.<br>P.O. BOX 19519<br>Fort Lauderdale, FL 33318-0519 |
| AXFCCB<br>POB 36454<br>Cincinnati, OH 45236-0454 | Advance Cash<br>POB 10<br>Parshall, ND 58770-0010 | American Web Loan<br>112 Paradise Dr<br>Red Rock, OK 74651-2203 |
| American Web Loan<br>522 N. 14th Street<br>POB 130<br>Ponca City, OK 74601-4654 | Ascend Loans, LLC<br>635 East Highway 20, U<br>Upper Lake, CA 95485 | Avant LLC<br>Attn: Bankruptcy<br>Po Box 9183380<br>Chicago, IL 60691-3380 |
| Avant, LLC<br>Po Box 9183380<br>Chicago, IL 60691-3380 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Best Egg<br>1523 Concord Pike<br>Suite 201<br>Wilmington, DE 19803-3656 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Bright Lending<br>POB 578<br>Hays, MT 59527-0578 | CC Connect Des Credit<br>8601 Dunwoody Place<br>Ste 406<br>Atlanta, GA 30350-2550 |
| CC Flow<br>1000 N West Street Suite 1200<br>Wilmington, DE 19801-1058 | Caliber Home Loans<br>Attn: Bankruptcy<br>P.O. Box 24610<br>Oklahoma City, OK 73124-0610 | Capital Community Bank<br>Attn: Bankruptcy<br>3280 N University Ave<br>Provo, UT 84604-4405 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Ccb/Balance<br>33 North Lasalle St<br>Chicago, IL 60602-2603 | Check 'n Go<br>Attn: Bankruptcy<br>Po Box 14283<br>Cincinnati, OH 45250-0283 |
| Citi Card/Best Buy<br>Attn: Citicorp Cr Srvs Centralized Bankr<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital<br>Attn: Bankruptcy<br>Po Box 18125<br>Columbus, OH 43218 | Country Walk Master Association, Inc.<br>c/o Harbor Management Services, Inc.<br>POB 924176<br>Homestead, FL 33092-4176 |
| Country Walk Patio Homes Assoc.<br>c/o Harbor Management Services, Inc.<br>POB 924176<br>Homestead 33092-4176 | Crane Financial Lendng<br>POB 477<br>Keshena, WI 54135-0477 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |

| | | |
|---|---|---|
| (p)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 | Eagle Rock Funding<br>1329 Eglin Street<br>Ste 200<br>Rapid City, SD 57701-9632 | (p)EVERGREEN SERVICES<br>PO BOX 834<br>LAC DU FLAMBEAU WI 54538-0834 |
| Explore Credit<br>POB260269<br>Atlanta, GA 30326 | Finwise<br>POB 101808<br>Fort Worth, TX 76185-1808 | Finwise Rise<br>Attention Bankruptcy<br>Po Box 679900<br>Dallas, TX 75267-9904 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| Flex Lending<br>901 W Yamato Rd STE 260<br>Boca Raton, FL 33431-4415 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Green Line Loan<br>POB 294<br>Lac Du Flambeau, WI 54538-0294 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Kia Motors Finance<br>Attn: Bankruptcy<br>Po Box 20825<br>Fountain Valley, CA 92728-0825 | LendingClub<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA 94105-2802 |
| (p)TOTAL LOAN SERVICES  LLC<br>ATTN JOHN LANGENDERFER<br>205 SUGAR CAMP CIRCLE<br>DAYTON OH 45409-1970 | Lendumo<br>POB 542<br>Lac Du Flambeau, WI 54538-0542 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 | Merrick Bank/CCHoldings<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| Merrick Garland<br>Attorney General of the United States<br>99 Pennsylvania Ave NW<br>Room 4400<br>Washington, DC 20530-0001 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Monkey CC Flow<br>1000 N West Street<br>Ste 1200<br>Wilmington, DE 19801-1058 |
| Net credit<br>POB 206766<br>Dallas, TX 75320-6766 | NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | NetCredit<br>Attn: Bankruptcy<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604-2863 |
| NewRez LLC dba Shellpoint Mortgage Servi<br>P.O. Box 619063<br>Dallas, TX 75261-9063 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Post Lake Lending<br>POB 368<br>Crandon, WI 54520-0368 |

| | | |
|---|---|---|
| Prosper Funding LLC<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 | Rise Credit<br>Attn: Customer Support<br>POB 101808<br>Fort Worth, TX 76185-1808 | Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603-0826 |
| Special Assistant United States Attorney<br>Associates Area Counsel (SBSE)<br>1000 S. PIne Island Road<br>Ste 300<br>Fort Lauderdale, FL 33324-3910 | (p)BLUECHIP FINANCIAL D B A SPOTLOAN<br>P O BOX 720<br>BELCOURT ND 58316-0720 | Sunup Financial LLC<br>dba Balance Credit<br>POB 4356<br>Dept# 1557<br>Houston, TX 77210-4356 |
| Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Systems & Services Technologies<br>Attn: Bankruptcy<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 | Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | The Loan Smith<br>621 Medicine Way<br>Ste 2<br>Ukiah, CA 95482-8136 |
| (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | VBS ADvance Cash<br>PO Box 10, Parshall<br>Parshall, ND 58770-0010 |
| Wells Fargo Bank NA<br>1 Home Campus Mac X2303-01a<br>3rd Floor<br>Des Moines, IA 50328-0001 | Xact<br>PO Box 36124<br>Cincinnati, OH 45236-0124 | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Ruben Dario Rivas<br>14928 SW 143 Place<br>Miami, FL 33186-5631 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bmw Financial Services<br>Attn: Bankruptcy/Correspondence<br>Po Box 3608<br>Dublin, OH 43016 | Civil Process Clerk<br>Attorney General of the United States<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 | CreditFresh<br>Attn: Bankruptcy<br>200 Continental Drive, Suite 401<br>Newark, DE 19713 |
| Evergreen Services<br>POB 834<br>Lac Du Flambeau, WI 54538 | First National Bank/Legacy<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 | First Savings Bank<br>Attn: Bankruptcy<br>P.O. Box 5019<br>Sioux Falls, SD 57117 |

| | | |
|---|---|---|
| (d)Juan Antonio Gonzalez<br>United States Attorney<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | Lendly<br>205 Sugar Camp Cir<br>Dayton, OH 45409 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | (d)Raychelle Tasher<br>Assistant United States Attorney office<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | Spot Loan<br>POB 720<br>Belcourt, ND 58316 |
| U.S. Department of Housing and Urban Develop<br>40 Marietta Street<br>Atlanta, GA 30303 | Upgrade, Inc.<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 | (d)Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    79
Bypassed recipients     1
Total                  80