

ORDERED in the Southern District of Florida on March 14, 2024.

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Ruben Dario Rivas

Case No.: 23-13532-RAM
Chapter 13

Debtor(s).
_____ /

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO INCUR ADDITIONAL SECURED DEBT TO PURCHASE VEHICLE

THIS CAUSE having come before the court on the Chapter 13 consent calendar on March 12, 2024 at 9:00 a.m. for a hearing on the Debtor's Expedited Motion to Incur Additional Secured Debt to Purchase Vehicle (ECF 56). Based upon the record and with no party having appeared in opposition to the Motion, it is **ORDERED** as follows:

1. The Debtor's Expedited Motion is GRANTED.  The Debtor is permitted to incur additional secured debt in the form of motor vehicle financing with I Need A Car Miami/Westlake Financial for the purchase of a 2015 Jeep Wrangler VIN: 1C4AJWAG0FL746455, at the terms attached to the underlying motion. The Debtor is further permitted to execute any and all documents necessary to purchase the vehicle.

2. The Debtor agrees not to modify the plan to reduce the 100% distribution to

unsecured creditors.

###

Submitted by:
Mitchell J. Nowack, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

Copies furnished to:
Debtors' Attorney Nowack is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.